Edward Parmiter Kennedy
401 Tillage Rd.,
Breinigsville, PA
18031

William T. Walsh
Clerk of Court
US District Court
50 Walnut St.
Newark NJ
07101


U.S. POSTAGE PAID KUTZTOWN, PA 19530 AUG 22, 18 AMOUNT $3.31 R2305K142139-03

X-RAYED