IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

EDWARD THOMAS KENNEDY,

        Plaintiff,

        v.

        Case No. 18-CV-13285

ARCHDIOCESE OF NEWARK, et al.,

        Defendants.

### Motion for Authorization to File Electronically

1. Edward Thomas Kennedy, Plaintiff, is one of the people of Pennsylvania and in this court of record, wishes and motions this court for authorization to file electronically,

2. Plaintiff has independently reviewed all of the tutorials and related topics on the Court's website, and has a PACER account.

Date: September 13, 2018

                                                        Edward Thomas Kennedy
                                                        401 Tillage Road
                                                        Breinigsville, Pennsylvania
                                                        Tel: 415-275-1244.
                                                        Email:
                                                        pillar.of.peace.2012@gmail.com



Edward Kennedy
401 Tillinger Rd.
Breinigsville, PA

HARRISBURG
PA 171
13 SEP '18
PM 3 L

Office of Clerk
United States District Court
District of New Jersey
50 Walnut Street.
Newark, N.J. 07101